JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT N. JONES,<br><br>    Plaintiff,<br><br>vs.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, INC., ET AL,<br><br>    Defendants. | Case No. CV 14-09335-JAK (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: _August 25, 2015

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE